UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHEN,<br><br>                    Plaintiff,<br><br>-against-<br><br>NEW YORK STATE; NEW YORK PUBLIC LIBRARY AND OTHER INSTITUTIONS AS WILL BE NAMED; HARVARD UNIVERSITY, OFFICE OF GENERAL COUNSEL; YALE UNIVERSITY, PETER SALOVEY, PRESIDENT; UNITED STATES OF AMERICA, MERRICK GARLAND, ATTORNEY GENERAL,<br><br>                    Defendants. | 22-CV-5966 (LTS)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 28, 2022, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Chen v. Vasan*, ECF 1:22-CV-2938, 12 (LTS) (S.D.N.Y. June 28, 2022), *appeal pending* 22-1453 (2d Cir.). Plaintiff files this new *pro se* case, and seeks IFP status and leave to file.

In this complaint, Plaintiff alleges that New York State, the New York Public Library, Harvard and Yale Universities, the United States, and "other institutions," have violated his constitutional rights under the Fourth and Thirteenth Amendments. (ECF 2.) This action is not a departure from Plaintiff's pattern of vexatious and frivolous filings. The Court denies the motion for leave to file, and dismisses the action without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 14, 2022
         New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                Chief United States District Judge