UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHEN,<br><br>       Plaintiff,<br><br>    -against-<br><br>NEW YORK STATE; NEW YORK PUBLIC LIBRARY AND OTHER INSTITUTIONS AS WILL BE NAMED; HARVARD UNIVERSITY, OFFICE OF GENERAL COUNSEL; YALE UNIVERSITY, PETER SALOVEY, PRESIDENT; UNITED STATES OF AMERICA, MERRICK GARLAND, ATTORNEY GENERAL,<br><br>       Defendants. | 22-CV-5966 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 14, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 28, 2022 order in *See Chen v. Vasan*, ECF 1:22-CV-2938, 12 (LTS) (S.D.N.Y. June 28, 2022), *appeal pending* 22-1453 (2d Cir.), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 14, 2022
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge